# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2021-3667

———————————————————

RONNIE BYRNE PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.